UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan A Warman
_____
Write the full name of each plaintiff.

26 CV 1199

(Include case number if one has been
assigned)

-against-

church of scientology NY
Google LLC, US Department of Defense
Lloyd Austin, Sundar Pichai

COMPLAINT

Do you want a jury trial?
☐ Yes     ☐ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

2026 FEB 12   PM 1: 19   RECEIVED SDNY PRO SE OFFICE

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  Federal Question

☑  Diversity of Citizenship

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Civl Rico , Electronic Press pass

Civil Battery

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Bryan A Warman_ , is a citizen of the State of
(Plaintiff's name)

_New York Bronx, NY_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _Department of Defense_, is a citizen of the State of
(Defendant's name)

_Washington DC_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_Sundar Pichai Google LLC of NYC._

If the defendant is a corporation:

The defendant, _LLOYD Austin_, is incorporated under the laws of

the State of _Maryland Secretary of Defense_

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Bryan_                    _A_                    _Warman_
First Name            Middle Initial        Last Name

_480 E 185th Street_
Street Address

_Bronx_                              _NY_              _10458_
County, City                        State              Zip Code

_332-273-5414_                    _Solid foundation2C@ ootbol.com_
Telephone Number                Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Google LLC

First Name        Last Name

111 8th Ave

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

New York , NY        10036

County, City        State        Zip Code

Defendant 2:    Department Defense

First Name        Last Name

Secretary of Defense

Current Job Title (or other identifying information)

Washington DC Pentagon

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 3:    Sundar Pichai

First Name        Last Name

CEO of Google

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

Sunda Los Altos Hills CA        94022

County, City        State        Zip Code

Defendant 4:    LLOYD                  Aostin
                First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
        Washington    DC          20001
        County, City              State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    NY, New York

Date(s) of occurrence:    2004-2008  2009- 2016  2017-2020
                                              2021-206

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. Violation of 18 USC 1962 (civil) (Rico)
Defendants conclude and participate in the conduct of an enterprise through a pattern of racketeering to transmit stolen data

2. Electronic Trespass
Defendants intentionally caused high-frequency electromagnetic energy to enter the physical space of the plaintiff's person without authorization or legal justication.

3. "Battery (Millimeter Wave Radiation)
Defendants caused harmful and offensive physical contact through high-gain 95 GHz bursts, resulting in documented medical trauma including retinal micropathy and neurological injury [Evidence (seq 126.2)

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Award compensatory and punitive damages trebled pursuant to 18 U.S.C. 1964 (c) in the total amount of $ 125,000,000

Issue a permanet Injenction directly enjoining Defendants from further RC transmission directed at the plaintiff

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Jan 30th 2026
_____
Dated

_____
Plaintiff's Signature

Bryan
_____
First Name

A
_____
Middle Initial

Warman
_____
Last Name

480 E 188th St
_____
Street Address

Kinge, Bronx
_____
County, City

NY
_____
State

10458
_____
Zip Code

332-273-5414
_____
Telephone Number

Solidfocrelection2a@ootlook.com
_____
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.