**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
 BRYAN A. WARMAN,

                          Plaintiff,

          -against-                                  26 **CIVIL** 01199 (GBD)

                                                    **JUDGMENT**

CHURCH OF SCIENTOLOGY NY; GOOGLE
LLC; U.S. DEPARTMENT OF DEFENSE;
LLOYD AUSTIN; SUNDAR PICHAI,

                         Defendants.
---------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 24, 2026, the Court dismisses this action as frivolous. See

28 U.S.C. § 1915(e)(2)(B)(i). Further, this Court certifies under 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith, and therefore IFP status is denied for the

purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      April 28, 2026

                                              **TAMMI M. HELLWIG**
                                        _____
                                          **Clerk of Court**

**BY:** _____
                                          **Deputy Clerk**